UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES J. GILLIES, JR. | CIVIL ACTION |
| Plaintiff | NUMBER 13-6057 |
| versus | |
| | SECTION C |
| ASSET ACCEPTANCE, LLC and ABC INSURANCE COMPANY, | MAG. ROBY |
| Defendants | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the plaintiff's motion to dismiss,

IT IS ORDERED that this case is dismissed with prejudice.

New Orleans, Louisiana, this ___6th___ day of February, 2014.

_____  
UNITED STATES DISTRICT JUDGE

1